UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEICO as Subrogee of Nomi Fuchs<br>One GEICO Plaza<br>Washington, DC 20076<br><br>        Plaintiff,<br><br>v.<br><br>Andrew Mawn, II,<br>6 Holbrook Street<br>Medway, MA 02053<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF REMOVAL OF A CIVIL ACTION

Defendant, Andrew Mawn, II, by his undersigned attorneys, hereby files this Notice of Removal pursuant to 28 U.S.C. § 1446. In support of that motion, the Defendant states as follows:

1. Andrew Mawn, II, a civilian employee of the United States Army, is the defendant in a civil action now pending in the Superior Court of the District of Columbia, Civil Action No. 0000707-07, entitled GEICO v. Mawn.

2. The above entitled action was filed on January 26, 2007. Defendant Mawn was served on February 13, 2007. Defendant's answer is due March 5, 2007. A copy of the complaint was received by the Office of the United States Attorney on February 20, 2007. Proper service of a summons and complaint on the United States has not yet been effected. A copy of the complaint received by the United States Attorney is attached as Exhibit A.

3. This notice of removal is brought pursuant to 28 U.S.C. §§ 1441(a), 1442(a)(1),

1446 and 2679(d)(2). Defendant Mawn works for the U.S. Army Research, Development and Engineering Command in Natick, Massachusetts. In February 2004, Mr. Mawn was in the District of Columbia on official temporary duty. Plaintiff's complaint stems from an automobile accident involving Mr. Mawn while he was driving from his temporary lodging to a conference to perform official government business. Plaintiff alleges that defendant Mawn was operating his rental vehicle negligently and collided with the vehicle owned by Ms. Nomi Fuchs, causing property damages of $10,892.28. Plaintiff further alleges that Ms. Fuchs was insured by Plaintiff and that Plaintiff paid the property damage. Accordingly, Rudolph Contreras, Civil Division Chief, for the United States Attorney's Office for the District of Columbia, pursuant to his delegated authority, has certified pursuant to 28 U.S.C. § 2679(d)(2) that defendant Mawn was acting within the scope of his office or employment at the time of the alleged incidents. Pursuant to 28 U.S.C. § 2679(d)(2), the United States should now be substituted for defendant Mawn in this action.

Wherefore, this action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), 1446 and 2679(d)(2).

Respectfully submitted,

/s/ _Jeffrey A. Taylor_
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

/s/ _Rudolph Co_
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney

Case 1:07-cv-00420-RJL    Document 1    Filed 03/02/2007    Page 3 of 7

/s/
_____
STEVEN M. RANIERI
Special Assistant United States Attorney
555 Fourth Street, N.W.,
Washington, D.C.  20530
(202) 353-9895

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| GEICO as Subrogee of Nomi Fuchs <br> One GEICO Plaza <br> Washington, DC 20076 <br><br> Plaintiff, <br><br> v. <br><br> Andrew Mawn, II, <br> 6 Holbrook Street <br> Medway, MA 02053 <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.0000707-07 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF FILING NOTICE OF REMOVAL OF A CIVIL ACTION

TO:   Theodore R. Banks, III
      Thomas W. Kavanagh
      4608 Willard Avenue
      Bethesda, MD 20815-4600

Attorneys for Plaintiff

PLEASE TAKE NOTE that on March 1, 2007, the Federal Defendant in this action filed with the Clerk of the United States District Court for the District of Columbia a notice of removal in the above captioned civil action. The Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____
RUDOLPH CONTRERAS  D.C. Bar No. 434122
Assistant United States Attorney

_____
STEVEN M. RANIERI
Special Assistant United States Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 353-9895

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GEICO as Subrogee of Nomi Fuchs**<br>**One GEICO Plaza**<br>**Washington, DC 20076**<br><br>    Plaintiff,<br><br>    v.<br><br>**Andrew Mawn, II,**<br>**6 Holbrook Street**<br>**Medway, MA 02053**<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION

I, Rudolph Contreras, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, hereby certify that I have read the complaint in <u>GEICO v. Mawn</u>, Civil Action No.0000707-07. On the basis of the information now available to me with respect to the incidents alleged therein, I find that defendant Andrew Mawn was acting within the scope of his employment as an employee of the United States at the time of the alleged incidents.

March 1, 2007

/s/ 
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney
Chief, Civil Division

## Certificate of Service

I certify that I caused a copy of the foregoing to be served by first class mail upon attorneys for plaintiff at:

Theodore R. Banks, III
Thomas W. Kavanagh
4608 Willard Avenue
Bethesda, MD 20815-4600

on this 2nd day of March, 2007.

/s/
STEVEN M. RANIERI
Special Assistant United States Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 353-9895

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

GEICO as Subrogee of Nomi Fuchs
One GEICO Plaza
Washington DC 20076

*Plaintiff*

0000707-07

vs.

Civil Action No. _____

Andrew J. Mawn II
6 Holbrook Street
Medway MA 02053

*Defendant*

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Name of Plaintiff's Attorney
Theodore R. Banks III 437329
Thomas W. Kavanagh 323220

Address Staff Counsel for GEICO
4608 Willard Avenue
Bethesda MD 20815-4600
(301) 986-3363
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date _____

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION
Civil Actions Branch

GEICO as Subrogee of Nomi Fuchs
One GEICO Plaza
Washington DC 20076

PLAINTIFFS

V.

CASE #: _____

Andrew J. Mawn II
6 Holbrook Street
Medway MA 02053

DEFENDANT

## COMPLAINT

COME NOW the Plaintiffs, Government Employees Insurance Co. as Subrogee of Nomi Fuchs, by and through their Attorneys, Theodore R. Banks, III/Thomas W. Kavanagh, and sue the Defendants, and for themselves state:

1. That the jurisdiction of this Court is invoked pursuant to Title 11, section 921 of the District of Columbia Code.

2. That on or about February 6, 2004, at or near Connecticut Ave & Woodley Rd, NW, Washington, DC, the Defendant, Andrew J Mawn II, was operating a motor vehicle in a careless and negligent manner so as to cause it to collide with the vehicle owned by the Plaintiff.

3. That as a direct and proximate result of the Defendant's aforesaid negligence, the individual Plaintiff's vehicle sustained substantial property damage which necessitated extensive repairs totaling $10,892.28.

4. That at the time and place aforesaid, the individual Plaintiff had a policy of insurance with the Use Plaintiff, Government Employees Insurance Co., pursuant to

which it was obligated to and did pay for all property damage.

WHEREFORE, The Use Plaintiff, Government Employees Insurance Co., demands judgment in the amount of $5,520.54, plus costs and interest.

*Theodore R. Banks III* (signature)
Theodore R. Banks, III #437329
Thomas W. Kavanagh #323220
Staff Counsel for GEICO
4608 Willard Avenue
Bethesda, MD 20815-4600
(301) 986-3363

## VERIFICATION OF COMPLAINT

DISTRICT OF COLUMBIA, ss:

I, Theodore R. Banks, III/Thomas W. Kavanagh, Attorneys for the individual and corporate Plaintiffs, having authority to verify this Complaint on behalf of the Plaintiffs, having been duly sworn on oath deposes and says that the amount set forth in the Complaint is the just amount owing to the Plaintiffs by the Defendant, exclusive of all set-offs and just grounds of defense.

*Theodore R. Banks III* (signature)
Theodore R. Banks, III #437329
Thomas W. Kavanagh #323220
Staff Counsel for GEICO
4608 Willard Avenue
Bethesda, MD 20815-4600
(301) 986-3363

STATE OF MARYLAND
for the County of MONTGOMERY, to wit:

SUBSCRIBED AND SWORN to me this 25 day of January, 2007.

_____
NOTARY PUBLIC

My Commission expires 11-01-2009.

*handwritten: 07-420 RJL*

# CIVIL COVER SHEET

JS-44
(Rev. 2/01 DC)

**I (a) PLAINTIFFS**
GEICO as Subrogee of Nomi Fuchs
One GEICO Plaza
Washington, D.C. 20076

**DEFENDANTS**
Andrew Mawn, II,
6 Holbrook Street
Medway, MA 02053

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 11001
(EXCEPT IN U.S. PLAINTIFF CASES)

CASE NUMBER 1:07CV00420
JUDGE: Richard J. Leon
DECK TYPE: General Civil
DATE STAMP: 03/02/2007

**(c) ATTORNEYS** (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Theodore R. Banks, III
Thomas W. Kavanaugh
4608 Williard Avenue
Bethesda, MD 20815-4600

**II BASIS OF JURISDICTION** (SELECT ONE BOX ONLY)
- ○ 1 U.S. Government Plaintiff
- ○ 3 Federal Question (U.S. Government Not a Party)
- ● 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZEN** (FOR DIVERSITY CASES ONLY!)

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○1 | ○1 | Incorporated or Principal Place of Business in This State | ○4 | ○4 |
| Citizen of Another State | ○2 | ○2 | Incorporated and Principal Place of Business in Another State | ○5 | ○5 |
| Citizen or Subject of a Foreign Country | ○3 | ○3 | Foreign Nation | ○6 | ○6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Select one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**○ A. Antitrust**
- ☐ 410 Antitrust

**○ B. Personal Injury/Malpractice**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

**○ C. Administrative Agency Review**
- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff))
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

Other Statutes:
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**● E. General Civil (Other)   OR   ○ F. Pro Se General Civil**

Real Property
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☒ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

Property Rights
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

Forfeiture/Penalty
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

Federal Tax Suits
- ☐ 870 Taxes (US plaintiff or defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

Other Statutes
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| ○ G. Habeas Corpus/2255 | ○ H. Employment Discrimination | ○ I. FOIA/PRIVACY ACT | ○ J. Student Loan |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ○ K. Labor/ERISA (non-employment) | ○ L. Other Civil Rights (non-employment) | ○ M. Contract | ○ N. Three-Judge Court |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

V. ORIGIN
○ 1 Original Proceeding   ● 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 U.S.C § 2671, et. seq.

VII. REQUESTED IN COMPLAINT    CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ _____    Select YES only if demanded in complaint    JURY DEMAND: ☐ YES ☒ NO

VIII. RELATED CASE(S) IF ANY (See instruction)    ☐ YES ☒ NO    If yes, please complete related case form.

DATE 2/2/07    SIGNATURE OF ATTORNEY OF RECORD _____

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.