UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEICO a/s/o Nomi Fuchs

    Plaintiff

v.

Andrew Mawn, II

    Defendant

Civil Action No. 07cv420 (RJL)

**STIPULATION OF DISMISSAL**

The clerk of the court will please enter this matter as *dismissed with prejudice* as to the defendant in the above-captioned matter, defendant consents to said dismissal. Each party is to bear its own costs and expenses.

                    /s/ Theodore R. Banks, III
                    Thomas W. Kavanagh, #323220
                    Theodore R. Banks, III, #437329
                    Staff Counsel, GEICO Insurance Co.
                    4608 Willard Avenue
                    Bethesda, MD 20815-4600
                    (301) 986-3363

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of March 2007, a copy of the foregoing Praecipe was transmitted via ECF to:

Steven M. Ranieri
Special Assistant US Attorney
555 Fourth St., NW
Washington, D.C., 20530

                    /s/ Theodore R. Banks, III
                    Theodore R. Banks, III